Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−10179−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian C. Marella
   2191 Mount Road
   Aston, PA 19014

Social Security No.:
   xxx−xx−0071

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Brian, Thomas, Trustee.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self−represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 7/20/21
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: June 24, 2021
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

| In re: | Case No. 21-10179-ABA |
|---|---|
| Brian C. Marella | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 170 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Marella, 2191 Mount Road, Aston, PA 19014-1162 |
| 519070038 | + | First Mark Services, First Mark Services, Po Box 82522, Lincoln, NE 68501-2522 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519070032 | + | Email/Text: bankruptcycare@affinityfcu.com | Jun 24 2021 20:51:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519070034 | + | Email/Text: backoffice@affirm.com | Jun 24 2021 20:51:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 519070035 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 20:52:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519070039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2021 20:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519070036 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 24 2021 20:53:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519070040 | + | Email/Text: bankruptcy@prosper.com | Jun 24 2021 20:51:25 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519070041 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:53:09 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519071577 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:53:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519070033 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519070037 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: 170 | Total Noticed: 12 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Lee Martin Perlman | on behalf of Trustee Brian Thomas ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Brian C. Marella ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5