

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on July 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 | |
| In Re:<br><br>BRIAN C. MARELLA | Case No.:  21-10179<br><br>Chapter:  7<br><br>Hearing Date:  July 20, 2021<br><br>Judge:  ABA |

# ORDER TO DISMISS CHAPTER 7 PURSUANT TO 341(A) & 343

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: July 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion to Dismiss Chapter 7, and any related responses or objections, it is hereby

ORDERED that:

1. The above-captioned Chapter 7 is hereby dismissed for Failure to Appear and be Examined Pursuant to Sections 341(A) and 343 of the Bankruptcy Code.